IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davenport, Jimmie L

Printed: 7/8/08

Case Number: 05 B 18435
Judge: Hollis, Pamela S

Filed: 5/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 12, 2008
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 76,495.46 |  |
| Secured: |  | 19,880.61 |
| Unsecured: |  | 44,995.56 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 3,621.16 |
| Other Funds: |  | 5,698.13 |
| Totals: | 76,495.46 | 76,495.46 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 3. | Fifth Third Bank | Secured | 15,456.90 | 15,456.90 |
| 4. | Oak Brook Bank | Secured | 4,423.71 | 4,423.71 |
| 5. | Specialized Management Consultants | Unsecured | 3,937.38 | 3,937.38 |
| 6. | Resurgent Capital Services | Unsecured | 8,496.62 | 8,496.62 |
| 7. | RoundUp Funding LLC | Unsecured | 17,501.35 | 17,501.35 |
| 8. | Portfolio Acquisitions | Unsecured | 1,182.85 | 941.12 |
| 9. | ECast Settlement Corp | Unsecured | 768.90 | 768.90 |
| 10. | ECast Settlement Corp | Unsecured | 843.83 | 843.83 |
| 11. | Fifth Third Bank | Unsecured | 12,506.36 | 12,506.36 |
| 12. | Citibank | Secured |  | No Claim Filed |
| 13. | Bank Of America | Unsecured |  | No Claim Filed |
| 14. | First Midwest Bank | Unsecured |  | No Claim Filed |
| 15. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 16. | Oak Brook Bank | Unsecured |  | No Claim Filed |
| 17. | MBNA America | Unsecured |  | No Claim Filed |
| 18. | Citicorp Savings | Unsecured |  | No Claim Filed |
|  |  |  | $ 67,417.90 | $ 67,176.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 232.20 |
| 5.5% | 870.13 |
| 5% | 297.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davenport, Jimmie L

Printed: 7/8/08

Case Number: 05 B 18435
Judge: Hollis, Pamela S
Filed: 5/9/05

| | |
|---|---:|
| 4.8% | 570.23 |
| 5.4% | 1,277.48 |
| 6.5% | 373.16 |
| | _____ |
| | $ 3,621.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____